HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DON FRED BALDWIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> DON FRED BALDWIN, <br><br>     Defendant. | Case No:  1:23-cr-0116-DJC <br><br> STIPULATED REQUEST TO CONTINUE HEARING; ORDER <br><br> District Judge Daniel J. Calabretta <br> New Date: October 9, 2025 <br> Time:       9:00 a.m. |

    Defendant DON FRED BALDWIN, through his attorney, Assistant Federal Defender Rachelle Barbour, and the UNITED STATES OF AMERICA, through AUSA James Conolly, hereby stipulate and jointly request that Mr. Baldwin's admit/deny date be continued from September 25, 2025, to October 9, 2025 at 9:00 a.m.

//

//

The parties have consulted with the Probation Officer, who concurs with this request. The continuance is requested to enable the parties to discuss this matter with the Probation Officer

Date: September 16, 2025                Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Attorney for Defendant
                                        DON FRED BALDWIN

Date:  September 16, 2025               ERIC GRANT
                                        United States Attorney

                                        /s/ James Conolly
                                        JAMES CONOLLY
                                        Assistant U.S. Attorney
                                        Attorney for the United States

O R D E R

The dates set above are approved by the Court.  The hearing is continued to October 9, 2025, at 9:00 a.m.

Dated:  September 16, 2025              /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE