```
1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
3  OFFICE OF THE FEDERAL DEFENDER
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Tel: 916-498-5700/Fax: 916-498-5710
5
   Attorney for Defendant
6  DON FRED BALDWIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   )   | Case No: 1:23-cr-00116-DJC |
|---|---|
| Plaintiff,   )   |  |
|   )   |  |
| vs.   )   | STIPULATED REQUEST FOR COURT TO |
|   )   | DISMISS VIOLATION PETITION (DOC. 6); |
|   )   | ORDER |
| DON FRED BALDWIN,   )   |  |
|   )   | District Judge Daniel J. Calabretta |
| Defendant.   )   | Current Date: October 9, 2025 |
|   )   | Time:           9:30 a.m. |
|   )   |  |

Defendant DON FRED BALDWIN, through his attorney, Assistant Federal Defender Rachelle Barbour, and the UNITED STATES OF AMERICA, through AUSA James Conolly, with the agreement of the Probation Officer, Brandon Dawkins, hereby stipulate and jointly request that the Court dismiss the pending violation petition (Doc. 6) and drop the matter from calendar on October 9, 2025 at 9:30 a.m.

As noted by Officer Dawkins in the petition, Mr. Baldwin was homeless for a long time after coming back to California after his release from custody. Office Dawkins has worked with Mr. Baldwin and Stanislaus County's services teams to connect him with mental health care, substance abuse treatment, and support in his search for permanent housing. Mr. Baldwin has been in treatment since then: he went into in-patient treatment in late 2024 and successfully completed it in January 2025.

Stipulation/Order for Dismissal – Don Fred Baldwin                1

As noted in the petition Mr. Baldwin had some methamphetamine dirty tests in Spring 2025, when he was still in a dating relationship with a woman who was abusing methamphetamine. Mr. Baldwin has since learned that he needed to set a boundary with her and not see her unless and until she is able to be sober. Probation confirms that she is no longer in his life. Since then, Mr. Baldwin has been able to get permanent supportive housing. He recently moved into his own apartment and takes a huge amount of pride in this step in his life.

Mr. Baldwin has also had to connect with providers to deal with constant, unrelenting pain. He was hit by a train in 2004 and is a double leg amputee just below his hips. He is completely dependent on a wheelchair to get around. While Mr. Baldwin could try to get an electric wheelchair, he recognizes that it is critical for him to keep moving physically in some way, even though it is very painful for him to maneuver his manual wheelchair. Mr. Baldwin ran out of pain medication recently and obtained a prescription pill from someone else in June 2025 and tested dirty for it on July 1, 2025, which is the basis for the violation petition. Mr. Baldwin knows that he should not have done this, but he was in extreme pain at the time. He has since been reconnected with pain management doctors who can work with him to ensure that he has his own prescribed medication that is effective for his pain.

//
//

Mr. Baldwin has been out of custody in this matter, and the Probation Officer has verified that Mr. Baldwin has been compliant. He has not tested dirty, has continued to connect with services, and has responded to this petition exactly the way one should. Based on the information provided to the government by the Probation Office, and the Probation Officer's assessment of Mr. Baldwin's case, the government agrees that dismissal of the petition is appropriate. The parties jointly request, with the agreement of the Probation Office, that the petition be dismissed, and that Mr. Baldwin be continued on supervision without a violation. The parties and the Probation Office request that this matter be dropped from calendar if the Court dismisses the petition.

Date: October 3, 2025                                    Respectfully submitted,

                                                            HEATHER E. WILLIAMS
                                                            Federal Defender

                                                           /s/ Rachelle Barbour
                                                           RACHELLE BARBOUR
                                                           Attorney for Defendant
                                                           DON FRED BALDWIN

Date: October 3, 2025                                    ERIC GRANT
                                                           United States Attorney

                                                           /s/ James Conolly
                                                           JAMES CONOLLY
                                                           Assistant U.S. Attorney
                                                           Attorney for the United States

O R D E R

The pending violation petition is hereby dismissed. The matter is dropped from calendar. Mr. Baldwin is admonished to continue to follow all conditions of supervision and to comply with the instructions of his Probation Officer. Mr. Baldwin is especially admonished not to use controlled substances of any kind, including any medication that is not prescribed to him.

Dated: October 3, 2025                                    /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                           UNITED STATES DISTRICT JUDGE