HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN McLOUGHLIN, #354051
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DON FRED BALDWIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DON FRED BALDWIN,<br><br>Defendant. | Case No. 1:23-cr-0116-DJC<br><br>STIPULATED REQUEST FOR COURT TO DISMISS VIOLATION PETITION (DOC. 13); ORDER<br><br>District Judge Daniel J. Calabretta |

Defendant DON FRED BALDWIN, through his attorney, Assistant Federal Defender Meghan D. McLoughlin, and the UNITED STATES OF AMERICA, through Assistant United States Attorney James Conolly, with the agreement of United States Probation Officer Brandon Dawkins, hereby stipulate and jointly request that the Court dismiss the pending violation petition. Dkt. 13.

Mr. Baldwin's term of supervision has been incredibly difficult. As noted by Officer Dawkins in the petition, Mr. Baldwin was homeless for a long time after coming back to California after his release from custody. Office Dawkins has worked with Mr. Baldwin and Stanislaus County's services teams to connect him with mental health care, substance abuse treatment, and support in his search for permanent housing. Mr. Baldwin has been in treatment since then: he went into in-patient treatment in late 2024 and successfully completed it in January 2025.

After many months of searching and coordination between probation and county services, Mr. Baldwin has also secured permanent, ADA compliant housing in Stanislaus County. He attends outpatient substance use treatment. He is also working with Telecare health services, with whom he meets regularly. Telecare health services connects him to local resources to help provide him access to the treatment he needs, such as transportation and bus passes.

Much of Mr. Baldwin's violation conduct surrounds his addiction to methamphetamine—he has had both periods of sobriety and use throughout his supervision term. Unfortunately, long-term residential treatment programs have not been available due to his status as a double amputee that is dependent on a wheelchair.

At this point, as noted in the petition, probation has exhausted all resources available to assist Mr. Baldwin in his treatment and continued care. At the same time, placement in short-term inpatient treatment or in custody would result in the abandonment of his permanent housing. That is, after the completion of his programming or release from custody, he would again be homeless. As a result, requiring Mr. Baldwin to attend such treatment or serve a custodial term would take away his greatest source of stability—his housing and continued connection to treatment resources. This would frustrate the tremendous progress he has made while on supervision and any long-term hope for sobriety.

//

//

//

//

//

//

//

//

//

//

//

In light of the foregoing, based on the information provided to the government by the Probation Office, and the Probation Officer's assessment of Mr. Baldwin's case, the government agrees that dismissal of the petition is appropriate. The parties jointly request, with the agreement of the Probation Office, that the petition be dismissed.

Date: September 17, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Attorney for Defendant
DON FRED BALDWIN

Date: September 17, 2026

ERIC GRANT
United States Attorney

*/s/ James Conolly*
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for the United States

ORDER

Based on the request of the parties and good cause appearing, the pending violation petition is hereby dismissed.

Dated: September 17, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE